In re:  Case No. 20-01367-HWV

Erica M. Williams  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5  User: AutoDocke  Page 1 of 3
Date Rcvd: Mar 26, 2021  Form ID: nttextS  Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Erica M. Williams, 304 Whipporwill Lane, East Stroudsburg, PA 18302-8486 |
| 5322915 | + | Aaron's, 353 Main St., Stroudsburg, PA 18360-2402 |
| 5322917 | | Becket & Lee, LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 5322923 | | Difeo Nissan, 599 Route 440, Jersey City, NJ 07305-4878 |
| 5322924 | | Direct Merchants Bank, Cardmember Services, P.O. Box 30258, Salt Lake City, UT 84130-0258 |
| 5322927 | + | Dominique Williams, 304 Whipporwill Lane, East Stroudsburg, PA 18302-8486 |
| 5330869 | + | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE CORP, Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037 FISHERS IN 46037-9764 |
| 5322930 | + | Freedom Mortgage Corp., P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 5322931 | + | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5322932 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 5322933 | | Lehigh Valley Health Network, Patient Account Dept., P.O. Box 4120, Allentown, PA 18105-4120 |
| 5326816 | + | Liberal Finance Service, Randolph Walzer, Esquire, PO Box 1234, Jackson, NJ 08527-0259 |
| 5322934 | + | Liberal Finance Service, 1160 Persippany Blvd. #101, Parsippany, NJ 07054-1811 |
| 5322936 | ++ | MET ED FIRST ENERGY, 101 CRAWFORD CORNER RD, BLDG 1 SUITE 1-511, HOLMDEL NJ 07733-1976 address filed with court:, Met-Ed, P.O. Box 16001, Reading, PA 19612-6001 |
| 5333216 | | Main Street Acquisition Corp., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5322935 | + | Main Street Acquistion Corp., P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 5329534 | + | Met-Ed, 101 Crawford's Corner Rd, Bldg #1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 5333930 | + | Midland Credit Management, Inc. as agent for, Asset Acceptance LLC, Po Box 2036, Warren MI 48090-2036 |
| 5322937 | + | New Jersey Reinsurance Company, 301 Sullivan Way, West Trenton, NJ 08628-3498 |
| 5322938 | + | Penn Credit Corp., 2800 Commerce Drive, Harrisburg, PA 17110-9307 |
| 5322939 | + | Phelan Hallinan Diamond & Jones, LLP, One Penn Center Plaza, 1617 JFK Blvd, Ste. 1400, Philadelphia, PA 19103-1814 |
| 5322941 | + | Randolph Walzer, Esq., P.O. Box 1234, Jackson, NJ 08527-0259 |
| 5322944 | + | Trust Company of New Jersey, 35 Journal Square, Jersey City, NJ 07306-4007 |
| 5322945 | + | Wells Fargo Financial Penns, 4137 121st St., Urbandale, IA 50323-2310 |
| 5322946 | + | Wells Fargo Bank dba Wells Fargo Auto, P.O. Box 13000, Raleigh, NC 27605-3000 |
| 5322947 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, P.O. Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5322948 | + | Wells Fargo Dealer Services, Attn: Correspondence, MAC T9017-026, P.O. Box 168048, Irving, TX 75016-8048 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5324160 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 26 2021 19:59:56 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5322916 | + | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Mar 26 2021 19:44:00 | Asset Acceptance LLC, PO Box 2039, Warren, MI 48090-2039 |
| 5322918 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 26 2021 20:01:30 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5322920 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 26 2021 19:42:00 | Credit Acceptance, P.O. Box 513, Southfield, MI 48037-0513 |
| 5322921 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 26 2021 19:42:00 | Credit Acceptance Corporation, 25505 W 12 Mile Rd., Suite 3000, Southfield, MI 48034-8331 |
| 5322922 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 26 2021 20:01:46 | CreditOne, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5322925 | | Email/Text: G06041@att.com | Mar 26 2021 19:45:00 | Directv, P.O. Box 6550, Greenwood Village, CO 80155 |
| 5322926 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 26 2021 20:02:54 | DirecTV, LLC, by American Infosource, LP as agent, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 5322929 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 26 2021 19:45:00 | First Energy, 2800 Pottsville Pike, P.O. Box 16001, Reading, PA 19612-6001 |
| 5322940 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 26 2021 19:56:25 | Portfolio Recovery Associates, LLC, P.O. Box 41067, Norfolk, VA 23541 |
| 5330931 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 26 2021 19:59:36 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5322942 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 26 2021 19:56:47 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5322943 | + | Email/Text: clientservices@simonsagency.com | Mar 26 2021 19:46:00 | Simons Agency, Inc., 4963 Wintersweet Dr., Liverpool, NY 13088-2176 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5322928 | *+ | Erica M. Williams, 304 Whipporwill Lane, East Stroudsburg, PA 18302-8486 |
| 5322919 | ##+ | CNAC, 110 N. Courtland St., East Stroudsburg, PA 18301-2104 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2021　　　　　Signature:　　/s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |

| | |
|---|---|
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 1 Erica M. Williams tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Erica M. Williams,
 aka Erica Monique Williams, aka Erica Williams,

**Debtor 1**

Chapter 13

Case No. 5:20−bk−01367−HWV

## Notice

A hearing in this matter is currently scheduled for 4/7/2021. Due to the retirement of Judge Opel, this matter has been transferred to Chief Judge Van Eck. Please note that Chief Judge Van Eck does not conduct evidentiary hearings at the time of the confirmation hearing. If is determined that an evidentiary hearing is necessary, it will be scheduled for a future date . (Miscevich, Jennifer)

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: JenniferMiscevich, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 26, 2021 |

Notice Text Entries (Form nttext) (3/20)