## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ERICA M. WILLIAMS
    AKA: ERICA WILLIAMS, ERICA
    MONIQUE WILLIAMS    CHAPTER 13

       Debtor(s)
    JACK N. ZAHAROPOULOS   CASE NO: 5-20-01367-MJC
    CHAPTER 13 TRUSTEE
       Movant
    vs.
    ERICA M. WILLIAMS etal
       Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on December 21, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on April 6, 2021.

2. A hearing was held and an Order was entered on October 6, 2021 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

        Respectfully submitted,

        /s/ Agatha R. McHale, Esq.
        Id: 47613
        Attorney for Movant
        Jack N. Zaharopoulos
        Standing Chapter 13 Trustee
        Ste. A, 8125 Adams Drive
        Hummelstown, PA 17036
        Ph. 717-566-6097
        Fax. 717-566-8313
        email: amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    ERICA M. WILLIAMS
            AKA: ERICA WILLIAMS, ERICA
            MONIQUE WILLIAMS           CHAPTER 13

                Debtor(s)

            JACK N. ZAHAROPOULOS        CASE NO: 5-20-01367-MJC
            CHAPTER 13 TRUSTEE
                Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

    U.S. Bankruptcy Court          Date:  January 25, 2022
    Max Rosenn U.S. Courthouse
    Courtroom #2                 Time:  09:30 AM
    197 S. Main Street
    Wilkes Barre, PA

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

                        /s/ Agatha R. McHale,Esquire
                        ID:  47613
                        Attorney for Movant
                        Jack N. Zaharopoulos
                        Standing Chapter 13 Trustee
                        8125 Adams Drive, Suite A
                        Hummelstown, PA  17036
                        Phone:  (717) 566-6097
                        email:  info@pamd13trustee.com

Dated:  December 21, 2021

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   ERICA M. WILLIAMS
        AKA: ERICA WILLIAMS, ERICA MONIQUE    CHAPTER 13
        WILLIAMS

                  Debtor(s)
        JACK N. ZAHAROPOULOS          CASE NO: 5-20-01367-MJC
        CHAPTER 13 TRUSTEE
               Movant
        ERICA M. WILLIAMS etal

               Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 21, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served electronically

TULLIO DeLUCA, ESQUIRE
381 N 9TH AVENUE
SCRANTONPA18504-

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA   17101

Served by 1st Class Mail

ERICA M. WILLIAMS
304 WHIPPORWILL LANE
EAST STROUDSBURG, PA   18302

I certify under penalty of perjury that the foregoing is true and correct.

Date:   December 21, 2021              Respectfully,
                             /s/   Vickie Williams
                             for Jack N. Zaharopoulos,
                             Standing Chapter 13 Trustee
                             Suite A, 8125 Adams Dr.
                             Hummelstown, PA   17036
                             Phone:   (717) 566-6097
                             email: info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     ERICA M. WILLIAMS
           AKA: ERICA WILLIAMS, ERICA MONIQUE    CHAPTER 13
           WILLIAMS

                                       CASE NO: 5-20-01367-MJC

                Debtor(s)

        JACK N. ZAHAROPOULOS
        CHAPTER 13 TRUSTEE
                Movant

        ERICA M. WILLIAMS   etal
                Respondent(s)

## <u>ORDER DISMSSING CASE</u>

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.   The Court retains jurisdiction to rule on any timely filed fee application.