UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ERICA M. WILLIAMS : CHAPTER 13
       Debtor(s) :
        :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
       Movant :
        :
       vs. :
        :
ERICA M. WILLIAMS :
       Respondent(s) : CASE NO. 5-20-bk-01367

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

AND NOW, this 21st day of April, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about January 31, 2022 be withdrawn as all issues have been resolved.

       Respectfully submitted:

       /s/Jack N. Zaharopoulos
       Standing Chapter 13 Trustee
       8125 Adams Drive, Suite A
       Hummelstown, PA 17036
       (717) 566-6097

## CERTIFICATE OF SERVICE

AND NOW, this 21st day of April, 2022, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Tullio DeLuca, Esquire
381 N. 9th Avenue
Scranton, PA 18504

       /s/Deborah A. Behney
       Office of Jack N. Zaharopoulos
       Standing Chapter 13 Trustee