UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ERICA M. WILLIAMS
AKA: ERICA WILLIAMS, ERICA MONIQUE WILLIAMS

CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-20-01367-MJC

ERICA M. WILLIAMS
AKA: ERICA WILLIAMS, ERICA MONIQUE WILLIAMS

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on February 1, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- Make the regular monthly payments to the trustee during the remaining term of the plan.

As of February 1, 2023, the Debtor(s) is/are $1,400.00 in arrears with a plan payment having last been made on Jan 24, 2023.

In accordance with said stipulation, the case may be dismissed.

Respectfully submitted,

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Dr, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: amchale@pamd13trustee.com

Dated: February 1, 2023

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ERICA M. WILLIAMS
AKA: ERICA WILLIAMS, ERICA MONIQUE WILLIAMS

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-20-01367-MJC

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 1, 2023, I served a copy of this Certification of Default on the following parties by 1st Class Mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| TULLIO DeLUCA, ESQUIRE<br>381 N 9TH AVENUE<br>SCRANTON, PA 18504- | SERVED ELECTRONICALLY |
| ERICA M. WILLIAMS<br>304 WHIPPORWILL LANE<br>EAST STROUDSBURG, PA 18302 | SERVED BY 1ST CLASS MAIL |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | SERVED ELECTRONICALLY |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: February 1, 2023

/s/ Matt Arcuri
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
8125 Adams Dr, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: info@pamd13trustee.com