| | |
|---|---|
| In re: | Case No. 20-01367-MJC |
| Erica M. Williams | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Feb 21, 2023 | Form ID: pdf010 | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Erica M. Williams, 304 Whipporwill Lane, East Stroudsburg, PA 18302-8486 |
| 5322923 | | Difeo Nissan, 599 Route 440, Jersey City, NJ 07305-4878 |
| 5322924 | | Direct Merchants Bank, Cardmember Services, P.O. Box 30258, Salt Lake City, UT 84130-0258 |
| 5322927 | + | Dominique Williams, 304 Whipporwill Lane, East Stroudsburg, PA 18302-8486 |
| 5322930 | + | Freedom Mortgage Corp., P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 5322932 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 5322933 | | Lehigh Valley Health Network, Patient Account Dept., P.O. Box 4120, Allentown, PA 18105-4120 |
| 5326816 | + | Liberal Finance Service, Randolph Walzer, Esquire, PO Box 1234, Jackson, NJ 08527-0259 |
| 5322934 | + | Liberal Finance Service, 1160 Persippany Blvd. #101, Parsippany, NJ 07054-1811 |
| 5322936 | ++ | MET ED FIRST ENERGY, 101 CRAWFORD CORNER RD, BLDG 1 SUITE 1-511, HOLMDEL NJ 07733-1976 address filed with court:, Met-Ed, P.O. Box 16001, Reading, PA 19612-6001 |
| 5333216 | | Main Street Acquisition Corp., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5322935 | + | Main Street Acquistion Corp., P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 5329534 | + | Met-Ed, 101 Crawford's Corner Rd, Bldg #1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 5322937 | + | New Jersey Reinsurance Company, 301 Sullivan Way, West Trenton, NJ 08628-3498 |
| 5322939 | + | Phelan Hallinan Diamond & Jones, LLP, One Penn Center Plaza, 1617 JFK Blvd, Ste. 1400, Philadelphia, PA 19103-1814 |
| 5322941 | + | Randolph Walzer, Esq., P.O. Box 1234, Jackson, NJ 08527-0259 |
| 5322944 | + | Trust Company of New Jersey, 35 Journal Square, Jersey City, NJ 07306-4007 |
| 5322945 | + | Wells Fargo Financial Penns, 4137 121st St., Urbandale, IA 50323-2310 |
| 5322946 | + | Wells Fargo Bank dba Wells Fargo Auto, P.O. Box 13000, Raleigh, NC 27605-3000 |
| 5322948 | + | Wells Fargo Dealer Services, Attn: Correspondence, MAC T9017-026, P.O. Box 168048, Irving, TX 75016-8048 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5322915 | + | Email/Text: bankruptcynotices@aarons.com | Feb 21 2023 19:14:00 | Aaron's, 353 Main St., Stroudsburg, PA 18360-2402 |
| 5324160 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 21 2023 19:20:18 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5322916 | + | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Feb 21 2023 19:14:00 | Asset Acceptance LLC, PO Box 2039, Warren, MI 48090-2039 |
| 5322917 | | Email/PDF: bncnotices@becket-lee.com | Feb 21 2023 19:20:31 | Becket & Lee, LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 5322918 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 21 2023 19:20:28 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5322920 | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 21 2023 19:14:00 | Credit Acceptance, P.O. Box 513, Southfield, MI 48037-0513 |
| 5322921 | + | Email/Text: ebnnotifications@creditacceptance.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | Feb 21 2023 19:14:00 | Credit Acceptance Corporation, 25505 W 12 Mile Rd., Suite 3000, Southfield, MI 48034-8331 |
| 5322922 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 21 2023 19:20:17 | CreditOne, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5322925 | | Email/Text: G06041@att.com | Feb 21 2023 19:14:00 | Directv, P.O. Box 6550, Greenwood Village, CO 80155 |
| 5322926 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 21 2023 19:20:16 | DirecTV, LLC, by American Infosource, LP as agent, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 5330869 | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 21 2023 19:14:00 | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE CORP, Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037 FISHERS IN 46037-9764 |
| 5322929 | + | Email/Text: bankruptcy@firstenergycorp.com | Feb 21 2023 19:14:00 | First Energy, 2800 Pottsville Pike, P.O. Box 16001, Reading, PA 19612-6001 |
| 5322931 | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 21 2023 19:14:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5333930 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 21 2023 19:14:00 | Midland Credit Management, Inc. as agent for, Asset Acceptance LLC, Po Box 2036, Warren MI 48090-2036 |
| 5322938 | | Email/Text: bankruptcies@penncredit.com | Feb 21 2023 19:14:00 | Penn Credit Corp., 2800 Commerce Drive, Harrisburg, PA 17110 |
| 5322940 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 21 2023 19:20:29 | Portfolio Recovery Associates, LLC, P.O. Box 41067, Norfolk, VA 23541 |
| 5330931 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 21 2023 19:20:29 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5322942 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 21 2023 19:20:24 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5322943 | + | Email/Text: clientservices@simonsagency.com | Feb 21 2023 19:14:00 | Simons Agency, Inc., 4963 Wintersweet Dr., Liverpool, NY 13088-2176 |
| 5322947 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 21 2023 19:20:23 | Wells Fargo Bank, N.A., Wells Fargo Card Services, P.O. Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5322928 | *+ | Erica M. Williams, 304 Whipporwill Lane, East Stroudsburg, PA 18302-8486 |
| 5322919 | ##+ | CNAC, 110 N. Courtland St., East Stroudsburg, PA 18301-2104 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 3 of 3 |
| Date Rcvd: Feb 21, 2023 | Form ID: pdf010 | Total Noticed: 40 |

Date: Feb 23, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Tullio DeLuca | on behalf of Debtor 1 Erica M. Williams tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Erica M. Williams<br>aka Erica Monique Williams<br>aka Erica Williams<br>　　　　　　　　　Debtor 1 | Chapter: 13<br><br>Case No.: 5:20-bk-01367-MJC |
| Jack N. Zaharopoulos<br>Chapter 13 Trustee<br>　vs.　　　　　　　　Movant(s) | |
| Erica M. Williams<br>aka Erica Monique Williams<br>aka Erica Williams<br>　　　　　　　　Respondent(s) | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Dkt. # 93, Debtor's objection filed in response thereto and the subsequent withdrawal thereof, and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor be and it is hereby dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: February 20, 2023