IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*******************************************************************************

| IN RE: | : | CHAPTER 13 |
| ERICA M. WILLIAMS | : | |
| a/k/a Erica Monique Williams | : | |
| a/k/a Erica Williams | : | |
| Debtor(s) | : | CASE NO. 5-20-01367 |

*******************************************************************************

# ORDER

*******************************************************************************

Upon consideration of Debtor's Motion to Reinstate Case, it is hereby:

**ORDERED**, that the Debtor's Motion to Reinstate Case is hereby **GRANTED**;

and it is further

**ORDERED**, that the Debtor's Chapter 13 Case is reinstated.