**TULLIO DeLUCA**
ATTORNEY-AT-LAW
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

March 10, 2023

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        **In Re: Erica M. Williams**
        **Chapter 13 Bankruptcy**
        **Case No.5:20-bk-01367**

Dear Sir/Madam:

    I have received returned mail for Trust Company of New Jersey a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was 35 Journal Square, Jersey City, NJ 07306-4007. The correct information is as follows:

        Trust Company of New Jersey
        c/o Capital One Financial Corp
        1680 Capital One Drive
        McLean, VA 22102-3491

I served the Order Dismissing Case at the above address on February 20, 2023. Please correct the mailing matrix.

Thank you for assistance in this matter.

        Very truly yours,

        */s/ Tullio DeLuca, Esquire*

TD/km