**TULLIO DeLUCA**
ATTORNEY-AT-LAW
381 N. 9ᵀᴴ AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764   FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

March 21, 2023

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

> **In Re: Erica M. Williams**
> **Chapter 13 Bankruptcy**
> **Case No.5:20-bk-01367**

Dear Sir/Madam:

I have received returned mail for Trust Company of New Jersey a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was 35 Journal Square, Jersey City, NJ 07306-4007. The correct information is as follows:

> Trust Company of New Jersey
> c/o Capital One Financial Corp
> 1680 Capital One Drive
> McLean, VA 22102-3491

I served the Order Reinstating Case at the above address on March 8, 2023. Please correct the mailing matrix.

Thank you for assistance in this matter.

Very truly yours,

/s/ Tullio DeLuca, Esquire

TD/km