In re:  Case No. 20-01367-MJC
Erica M. Williams  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Feb 16, 2024      Form ID: pdf010      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 16 2024 18:41:18 | WAL-MART ASSOCIATES, INC., 702 S.W. 8th ST., BENTONVILLE, AR 72716-6299 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2024 at the address(es) listed below:

**Name**      **Email Address**

Denise E. Carlon
     on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com

Jack N Zaharopoulos
     TWecf@pamd13trustee.com

Mario J. Hanyon
     on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com

Michael Patrick Farrington
     on behalf of Creditor FREEDOM MORTGAGE CORPORATION mfarrington@kmllawgroup.com

Tullio DeLuca

on behalf of Debtor 1 Erica M. Williams tullio.deluca@verizon.net

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Erica M. Williams, | : | Case No. 5:20-01367-MJC |
| Debtor | : | |
| | : | |
| Erica M. Williams | : | |
| Movant | : | |
| vs. | : | |
| | : | |
| Walmart Associates Inc. and | : | |
| Jack N. Zaharopoulos, Chapter 13 Trustee | : | |
| Respondents | : | |

## ORDER

Upon consideration of Debtor's Motion to Terminate Wage Attachment, Dkt. # 124 ("Motion"), it is

**ORDERED** that the Motion is hereby **GRANTED** and the Wage Attachment entered in the herein case pursuant to Order dated October 19, 2022 is hereby terminated.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: February 16, 2024