Certificate Number: 15317-PAM-DE-038423886

Bankruptcy Case Number: 20-01367


15317-PAM-DE-038423886

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 28, 2024, at 9:55 o'clock PM PDT, Erica M Williams completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: April 28, 2024

By: /s/Jennieca Laud

Name: Jennieca Laud

Title: Credit Counselor