In re:         Case No. 20-01367-MJC

Erica M. Williams        Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3

Date Rcvd: Apr 29, 2024      Form ID: 3180W      Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Erica M. Williams, 304 Whipporwill Lane, East Stroudsburg, PA 18302-8486 |
| 5322919 | + | CNAC, 110 N. Courtland St., East Stroudsburg, PA 18301-2104 |
| 5322923 | | Difeo Nissan, 599 Route 440, Jersey City, NJ 07305-4878 |
| 5322924 | | Direct Merchants Bank, Cardmember Services, P.O. Box 30258, Salt Lake City, UT 84130-0258 |
| 5322927 | + | Dominique Williams, 304 Whipporwill Lane, East Stroudsburg, PA 18302-8486 |
| 5322932 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 5322933 | | Lehigh Valley Health Network, Patient Account Dept., P.O. Box 4120, Allentown, PA 18105-4120 |
| 5326816 | + | Liberal Finance Service, Randolph Walzer, Esquire, PO Box 1234, Jackson, NJ 08527-0259 |
| 5322934 | + | Liberal Finance Service, 1160 Persippany Blvd. #101, Parsippany, NJ 07054-1811 |
| 5322935 | + | Main Street Acquistion Corp., P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 5322937 | + | New Jersey Reinsurance Company, 301 Sullivan Way, West Trenton, NJ 08628-3498 |
| 5322939 | + | Phelan Hallinan Diamond & Jones, LLP, One Penn Center Plaza, 1617 JFK Blvd, Ste. 1400, Philadelphia, PA 19103-1814 |
| 5322941 | + | Randolph Walzer, Esq., P.O. Box 1234, Jackson, NJ 08527-0259 |
| 5322946 | + | Wells Fargo Bank dba Wells Fargo Auto, P.O. Box 13000, Raleigh, NC 27605-3000 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5322915 | + | Email/Text: bankruptcynotices@aarons.com | Apr 29 2024 18:39:00 | Aaron's, 353 Main St., Stroudsburg, PA 18360-2402 |
| 5324160 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 29 2024 18:48:20 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5322916 | + | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Apr 29 2024 18:39:00 | Asset Acceptance LLC, PO Box 2039, Warren, MI 48090-2039 |
| 5322917 | | Email/PDF: bncnotices@becket-lee.com | Apr 29 2024 18:48:57 | Becket & Lee, LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 5322918 | + | EDI: CAPITALONE.COM | Apr 29 2024 22:36:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5322920 | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 29 2024 18:39:00 | Credit Acceptance, P.O. Box 513, Southfield, MI 48037-0513 |
| 5322921 | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 29 2024 18:39:00 | Credit Acceptance Corporation, 25505 W 12 Mile Rd., Suite 3000, Southfield, MI 48034-8331 |
| 5322922 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 29 2024 18:48:27 | CreditOne, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5322925 | | EDI: DIRECTV.COM | Apr 29 2024 22:36:00 | Directv, P.O. Box 6550, Greenwood Village, CO 80155 |
| 5322926 | + | EDI: AIS.COM | Apr 29 2024 22:36:00 | DirecTV, LLC, by American Infosource, LP as agent, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5330869 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 29 2024 18:39:00 | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE CORP, Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037 FISHERS IN 46037-9764 |
| 5322929 | + | Email/Text: bankruptcy@firstenergycorp.com | Apr 29 2024 18:39:00 | First Energy, 2800 Pottsville Pike, P.O. Box 16001, Reading, PA 19612-6001 |
| 5322930 | ^ | MEBN | Apr 29 2024 18:34:06 | Freedom Mortgage Corp., P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 5322931 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 29 2024 18:39:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5322936 | | Email/Text: BankruptcyEast@firstenergycorp.com | Apr 29 2024 18:39:00 | Met-Ed, P.O. Box 16001, Reading, PA 19612-6001 |
| 5333216 | | Email/PDF: bncnotices@becket-lee.com | Apr 29 2024 18:48:58 | Main Street Acquisition Corp., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5329534 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Apr 29 2024 18:39:00 | Met-Ed, 101 Crawford's Corner Rd, Bldg #1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 5333930 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 29 2024 18:39:00 | Midland Credit Management, Inc. as agent for, Asset Acceptance LLC, Po Box 2036, Warren MI 48090-2036 |
| 5322938 | | Email/Text: bankruptcies@penncredit.com | Apr 29 2024 18:39:00 | Penn Credit Corp., 2800 Commerce Drive, Harrisburg, PA 17110 |
| 5322940 | | EDI: PRA.COM | Apr 29 2024 22:36:00 | Portfolio Recovery Associates, LLC, P.O. Box 41067, Norfolk, VA 23541 |
| 5330931 | | EDI: PRA.COM | Apr 29 2024 22:36:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5322942 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 29 2024 18:48:24 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5322943 | + | Email/Text: clientservices@simonsagency.com | Apr 29 2024 18:39:00 | Simons Agency, Inc., 4963 Wintersweet Dr., Liverpool, NY 13088-2176 |
| 5322944 | + | EDI: CAPITALONE.COM | Apr 29 2024 22:36:00 | Trust Company of New Jersey, c/o Capital One Financial Corp, 1680 Capital One Drive, McLean, VA 22102-3407 |
| 5322945 | + | EDI: WFFC | Apr 29 2024 22:36:00 | Wells Fargo Financial Penns, 4137 121st St., Urbandale, IA 50323-2310 |
| 5322947 | | EDI: WFFC2 | Apr 29 2024 22:36:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, P.O. Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5322948 | + | EDI: WFFC2 | Apr 29 2024 22:36:00 | Wells Fargo Dealer Services, Attn: Correspondence, MAC T9017-026, P.O. Box 168048, Irving, TX 75016-8048 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5322928 | *+ | Erica M. Williams, 304 Whipporwill Lane, East Stroudsburg, PA 18302-8486 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2024           Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Michael Patrick Farrington | on behalf of Creditor FREEDOM MORTGAGE CORPORATION mfarrington@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 1 Erica M. Williams tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Erica M. Williams<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx−xx−2899<br>EIN  __−_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __−_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:20−bk−01367−MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Erica M. Williams
aka Erica Monique Williams, aka Erica Williams

4/29/24

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**