# TULLIO DeLUCA
### ATTORNEY-AT-LAW
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

May 14, 2024

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        In Re: Erica M. Williams
        Chapter 13 Bankruptcy
        Case No.5:20-bk-01367

Dear Sir/Madam:

    I have received returned mail for Direct Merchant's Bank Card Member Services, a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was PO Box 30528 Salt Lake City, UT 84120-0258The correct information is as follows:

        Direct Merchant's Bank
        Card Member Services
        PO Box 6294
        Carol Stream, IL 60197-6249

I served the Order of Discahrge at the above address on April 29th, 2024. Please correct the mailing matrix.

Thank you for assistance in this matter.

        Very truly yours,

        /s/ Tullio DeLuca, Esquire

TD/as

Case 5:20-bk-01367-MJC   Doc 135   Filed 05/15/24   Entered 05/15/24 17:47:34   Desc Main Document   Page 1 of 2