**Fill in this information to identify the case:**

Debtor 1 ERICA M WILLIAMS AKA ERICA MONIQUE WILLIAMS AKA ERICA WILLIAMS
Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of Pennsylvania
Case number 5:20-bk-01367-MJC

Official Form 410S1

# Notice of Mortgage Payment Change

**12/15**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Freedom Mortgage Corporation

**Court claim no**. (if known): 5

**Last four digits** of any number you use to identify the debtor's account: 0158

**Date of payment change:** 11/01/2022
Must be at least 21 days after date of this notice

**New total payment:** $2,079.64
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ No
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: ____________

**Current escrow payment:** $ 851.08 **New escrow payment:** $ 1,042.68 The "current escrow payment" in the attached Escrow Statement will not match the previously filed POC/PCN as this escrow payment is based on the contractual due date. This will not have any impact on the borrower.

## Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: ____________

**Current interest rate:** ____________% **New interest rate:** ____________%

**Current principal and interest payment:** $ ________ **New principal and interest payment:** $ ________

## Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: ____________

**Current mortgage payment:** $ ____ **New mortgage payment:** $ ________

Debtor1 ERICA M WILLIAMS AKA ERICA MONIQUE WILLIAMS AKA ERICA WILLIAMS
First Name Middle Name Last Name

Case number *(if known)* 5:20-bk-01367-MJC

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✘ */s/ Mario Hanyon*
Signature

Date 10/03/2022

**Print: Mario Hanyon (203993)**
First Name Middle Name Last Name

Title Attorney

Company Brock & Scott, PLLC

Address 8757 Red Oak Blvd., Suite 150
Number Street

Charlotte, NC 28217
City State ZIP Code

Contact phone 844-856-6646 x4560

Email PABKR@brockandscott.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Wilkes-Barre Division*

| IN RE:<br>ERICA M WILLIAMS aka Erica Monique Williams aka Erica Williams | Case No. 5:20-bk-01367-MJC |
|---|---|
| Freedom Mortgage Corporation,<br><br>Movant<br><br>vs.<br><br>ERICA M WILLIAMS aka Erica Monique Williams aka Erica Williams ,<br>Debtor | Chapter 13 |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice Of Mortgage Payment Change has been electronically served or mailed, postage prepaid on this day to the following:

ERICA M WILLIAMS
304 WHIPPORWILL LANE
EAST STROUDSBURG, PA 18301

Tullio DeLuca, Debtor's Attorney
381 N. 9th Avenue
Scranton, PA 18504
tullio.deluca@verizon.net

Jack N Zaharopoulos, Bankruptcy Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Assistant US Trustee , US Trustee
United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

October 3, 2022

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

REPRESENTATION OF PRINTED DOCUMENT



PO BOX 50428
INDIANAPOLIS, IN 46250-0401

# Escrow Account Disclosure Statement

## Account Information

Loan Number:
Property Address: 304 WHIPPORWILL LN
EAST STROUDSBURG PA 18302

ERICA WILLIAMS
304 WHIPPORWILL LN
EAST STROUDSBURG PA 18302-8486

Statement Date: **09/02/2022**
Current Payment Amount: **$1,888.04**

**New Payment Amount: $2,079.64**
**New Payment Effective Date: 11/01/2022**

You are receiving this statement because you have an escrow account with us. We have safeguards in place to ensure there is enough money in your account to cover your homeowners insurance, real estate taxes and mortgage insurance, if applicable. However, changes in your taxes and insurance could result in a shortage or surplus in your escrow account.

Based on our most recent analysis, you have a shortage of $1,293.01 in your escrow account. This shortage likely was caused by changes in your taxes and/or insurance. A shortage may also result if full monthly escrow payments have not been made to your account. To see these changes, refer to Part 2. We will automatically spread the shortage amount over 12 months of future monthly escrow payments. This will be reflected as an increase to your monthly mortgage payment.

| | |
|---|---|
| Projected Minimum Balance | $232.33 |
| - Required Minimum Balance | $1,525.34 |
| Shortage Amount | $1,293.01 |

The required minimum balance (also known as the escrow cushion) is the amount that you are required to pay into your escrow account to cover unanticipated disbursements for escrow items or for disbursements that have to be made before the monthly escrow payments are available in your escrow account.

Part 1 provides your current and the new escrow payment amounts. Part 2 shows what has already happened in your account while Part 3 shows what we anticipate happening in your account over the next 12 months. As escrow items are subject to change each year, the amounts in Part 3 are only estimates.



## PART 1 Your Mortgage Payment

Payment information beginning with your 11/01/2022 payment

The escrow shortage amount will automatically be spread over 12 months. Your new monthly payment will be $2,079.64.

| Payment Information | Current Monthly Payment | **New Monthly Payment** |
|---|---|---|
| Principal & Interest | $1,036.96 | $1,036.96 |
| Escrow Payment | $851.08 | $934.93 |
| Shortage Spread: | $0.00 | $107.75 |
| **Total Payment:** | **$1,888.04** | **$2,079.64** |

(This space intentionally left blank)


INTERNET REPRINT



## Your Escrow Account History

The chart below compares what we projected to occur with actual activity in your escrow account since the last analysis.

### Previous Year's Projections (Estimated)

| Date | Paid In | Paid Out | Description | Balance |
|---|---|---|---|---|
| | | | Beginning Balance | $0.00 |
| Nov 2021 | $0.00 | $0.00 | | $0.00 |
| Dec 2021 | $0.00 | $0.00 | | $0.00 |
| Jan 2022 | $0.00 | $0.00 | | $0.00 |
| Jan 2022 | $0.00 | $0.00 | | $0.00 |
| Feb 2022 | $0.00 | $0.00 | | $0.00 |
| Mar 2022 | $0.00 | $0.00 | | $0.00 |
| Apr 2022 | $0.00 | $0.00 | | $0.00 |
| Apr 2022 | $0.00 | $0.00 | | $0.00 |
| May 2022 | $0.00 | $0.00 | | $0.00 |
| Jun 2022 | $0.00 | $0.00 | | $0.00 |
| Jul 2022 | $0.00 | $0.00 | | $0.00 |
| Aug 2022 | $0.00 | $0.00 | | $0.00 |
| Sep 2022 | $0.00 | $0.00 | | $0.00 |
| Oct 2022 | $0.00 | $0.00 | | $0.00 |
| Total | $0.00 | $0.00 | | |

### Actual Activity

| Date | Paid In | Paid Out | Description | Balance |
|---|---|---|---|---|
| | | | Beginning Balance | ($59,144.48) |
| Nov 2021 | $792.98 | $176.65 * | | ($58,528.15) |
| Dec 2021 | $0.00 | $176.65 * | FHA MORTGAGE INSURANCE | ($58,704.80) |
| Jan 2022 | $0.00 | $176.65 * | FHA MORTGAGE INSURANCE | ($58,881.45) |
| Jan 2022 | $0.00 | $2,185.00 | HOMEOWNERS | ($61,066.45) |
| Feb 2022 | $0.00 | $176.65 * | FHA MORTGAGE INSURANCE | ($61,243.10) |
| Mar 2022 | $0.00 | $176.65 * | FHA MORTGAGE INSURANCE | ($61,419.75) |
| Apr 2022 | $0.00 | $172.26 * | FHA MORTGAGE INSURANCE | ($61,592.01) |
| Apr 2022 | $0.00 | $997.74 | TOWNSHIP TAX | ($62,589.75) |
| May 2022 | $0.00 | $172.26 * | FHA MORTGAGE INSURANCE | ($62,762.01) |
| Jun 2022 | $0.00 | $172.26 * | FHA MORTGAGE INSURANCE | ($62,934.27) |
| Jul 2022 | $0.00 | $172.26 * | FHA MORTGAGE INSURANCE | ($63,106.53) |
| Aug 2022 | $63,779.11 | $172.26 * | | $500.32 |
| Sep 2022 | $0.00 | $5,969.37 * | SCHOOL/ISD TAX | ($5,469.05) |
| Oct 2022 | $0.00 | $0.00 | | ($5,469.05) |
| Total | $64,572.09 | $10,896.66 | | |

An asterisk (*) indicates a difference in that month between the actual activity and the estimated activity.

When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

A double asterisk (**) indicates a difference in that month between the actual activity and the estimated activity due to interest payable on escrow which is not estimated.

LOAN NUMBER: [redacted]

(This space intentionally left blank)

ELECTRONIC-ONLY DOCUMENT



PO BOX 50428
INDIANAPOLIS, IN 46250-0401

## Escrow Account Disclosure Statement

Account Information 

Loan Number:
Property Address: 304 WHIPPORWILL LN
EAST STROUDSBURG PA 18302

ERICA WILLIAMS
304 WHIPPORWILL LN
EAST STROUDSBURG PA 18302-8486

| | |
|---|---|
| Statement Date: | 09/02/2022 |
| Current Payment Amount: | $1,888.04 |
| **New Payment Amount:** | **$2,079.64** |
| **New Payment Effective Date:** | **11/01/2022** |

## PART 3 Expected Escrow Payments over the next 12 Months

| | |
|---|---|
| HOMEOWNERS | $2,185.00 |
| FHA MORTGAGE INSURANCE | $2,067.12 |
| SCHOOL/ISD TAX | $5,969.37 |
| TOWNSHIP TAX | $997.74 |
| **Total Disbursements** | **$11,219.23** |

Freedom expects to pay $11,219.23 over the next 12 months.
Here's how to calculate your new monthly escrow payment:

| | |
|---|---|
| Total Disbursements: | $11,219.23 |
| ÷ 12 Months: | 12 |
| **New Monthly Escrow Payment** | **$934.93** |

### Summary of Your Projected Escrow Account for the Coming Year

| Date | Payment to Escrow | What We Expect to Pay Out | Description | Your Actual Balance | Balance Needed In Your Account |
|---|---|---|---|---|---|
| | | | Beginning Balance | $995.07 | $2,288.08 |
| Nov 2022 | $934.93 | $172.26 | FHA MORTGAGE INSURANCE | $1,757.74 | $3,050.75 |
| Dec 2022 | $934.93 | $172.26 | FHA MORTGAGE INSURANCE | $2,520.41 | $3,813.42 |
| Jan 2023 | $934.93 | $172.26 | FHA MORTGAGE INSURANCE | $3,283.08 | $4,576.09 |
| Feb 2023 | $934.93 | $2,185.00 | HOMEOWNERS | $2,033.01 | $3,326.02 |
| Feb 2023 | $0.00 | $172.26 | FHA MORTGAGE INSURANCE | $1,860.75 | $3,153.76 |
| Mar 2023 | $934.93 | $172.26 | FHA MORTGAGE INSURANCE | $2,623.42 | $3,916.43 |
| Apr 2023 | $934.93 | $172.26 | FHA MORTGAGE INSURANCE | $3,386.09 | $4,679.10 |
| Apr 2023 | $0.00 | $997.74 | TOWNSHIP TAX | $2,388.35 | $3,681.36 |
| May 2023 | $934.93 | $172.26 | FHA MORTGAGE INSURANCE | $3,151.02 | $4,444.03 |
| Jun 2023 | $934.93 | $172.26 | FHA MORTGAGE INSURANCE | $3,913.69 | $5,206.70 |
| Jul 2023 | $934.93 | $172.26 | FHA MORTGAGE INSURANCE | $4,676.36 | $5,969.37 |
| Aug 2023 | $934.93 | $172.26 | FHA MORTGAGE INSURANCE | $5,439.03 | $6,732.04 |
| Sep 2023 | $934.93 | $172.26 | FHA MORTGAGE INSURANCE | $6,201.70 | $7,494.71 |
| Sep 2023 | $0.00 | $5,969.37 | SCHOOL/ISD TAX | $232.33 | $1,525.34 * |
| Oct 2023 | $934.93 | $172.26 | FHA MORTGAGE INSURANCE | $995.00 | $2,288.01 |
| | $11,219.16 | $11,219.23 | | | |

The required minimum balance, as indicated by the asterisk (*) in the summary above, is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your minimum balance may include up to two months of escrow payments (excluding PMI/MIP) to cover increases to your taxes and homeowners insurance.



## PART 4 What This Means to You

Your escrow balance is less than the required minimum balance or cushion in your account. The resulting shortage is $1,293.01.

The Escrow shortage has been spread over 12 months. Including the shortage, your new total monthly payment will be $2,079.64.

Did you know by having recurring payments set up through FreedomMortgage.com, we'll adjust for any changes in your monthly payment automatically? However, if you have automatic bill pay through your bank, you'll need to contact them directly to adjust your payment. To sign up for recurring payments, login to your Freedom Mortgage account or register today at MyAccount.FreedomMortgage.com.

## PART 5 How You Can Reach Us with Questions

Should you have any questions regarding the information provided in this statement please do not hesitate to contact us at (855) 690-5900. Customer Care representatives are available to assist you Monday through Friday 8:00am – 8:00pm and Saturday 9:00am – 2:00pm Eastern Time.



ELECTRONIC-ONLY DOCUMENT

REPRESENTATION OF PRINTED DOCUMENT

FREEDOM MORTGAGE®
PO BOX 50428
INDIANAPOLIS, IN 46250-0401

# Escrow Account Disclosure Statement

## Account Information

| | |
|---|---|
| Loan Number: | [redacted] |
| Property Address: | 304 WHIPPORWILL LN<br>EAST STROUDSBURG PA 18302 |
| Statement Date: | **09/02/2022** |
| Current Payment Amount: | **$1,888.04** |
| **New Payment Amount:** | **$2,079.64** |
| **New Payment Effective Date:** | **11/01/2022** |

[redacted]
ERICA WILLIAMS
304 WHIPPORWILL LN
EAST STROUDSBURG PA 18302-8486

**IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.**

REPRESENTATION OF PRINTED DOCUMENT




# Shortage Repayment FAQs

*Customers who prefer to pay their escrow shortage in a lump sum may find the below information helpful.*

**Am I required to pay my shortage in a lump sum?**

No. You may elect to do so at your own discretion.

**What is a shortage and why might I have one?**

Your escrow account exists to pay escrowed items (taxes, insurance, mortgage insurance, etc.) as they come due. Shortages are commonly caused by increases in taxes or insurance, changing your insurance carrier off-cycle, or underestimated taxes when you closed your loan.

A regular analysis of the escrow account is required to ensure that enough funds are available to pay these expenses as they come due. A shortage exists if the analysis shows that the minimum required balance falls below the amount required to make the projected payments of escrowed expenses.

**May I pay the total escrow shortage?**

You have the option to pay the total shortage in a lump sum but you are not required to do so. If you choose to pay the total shortage, your scheduled monthly payment will no longer include the shortage collection amount. A coupon is provided below for your convenience. You may also pay an escrow shortage via our website at www.freedommortgage.com or via telephone by calling 855-690-5900. Please allow one billing cycle for this change to be reflected on your billing statement.

**Can I prepay my escrow account, so my payment does not change?**

No. Taxes and insurance costs routinely change. The escrow portion of your monthly payment is collected so disbursements can be made when due; changes to escrowed expenses will result in a change in your mortgage payment.

While making supplemental payments towards your escrow may reduce or eliminate an escrow shortage, the escrow portion of your monthly payment is calculated by dividing all projected escrow expenses in the coming year by 12. This calculation, for future monthly payments, is independent of the existing balance in the escrow account, so paying extra will not change the escrow payment calculation.

**Can I pay an escrow shortage in a lump sum if my loan is 30 or more days delinquent?**

No. Payments on loans that are 30 or more days past due will first be credited toward any past-due amount owed before any funds are applied towards an escrow shortage.

**If you prefer to pay the shortage in a lump sum, then please return this coupon with the amount shown below. This is not a request for lump sum payment.**

ERICA WILLIAMS
304 WHIPPORWILL LN
EAST STROUDSBURG PA 18302

| Shortage Amount |
| --- |
| $1,293.01 |

Loan Number: [redacted]

**Important Information:**
Please use this coupon for escrow payments only. Use of this coupon for funds not intended for escrow may result in delayed payment posting.

**Mail to:**
Freedom Mortgage Corporation
Cash Management
29730 Network Place
Chicago, IL 60673-1297


Internet Reprint